# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JASON ANTHONY ORGERON

NO. 2024 KW 0309

**JULY 15, 2024**

---

In Re:  Jason Anthony Orgeron, applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. 571157.

---

**BEFORE:  WOLFE, HESTER, AND STROMBERG, JJ.**

**WRIT DENIED.**

EW
CHH
TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT